LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA L. YEE-WALLACE, ISB #6793
cynthia.wallace@ag.idaho.gov
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUTH GARFIELD, as guardian of SARAH WHITTEMOORE, ANGEL LYDA,  )<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare,<br><br>Defendant. | )<br>) Case No. 1:17-cv-00261-DCN<br>)<br>) **MOTION TO DISMISS AND**<br>) **OPPOSITION TO MOTION FOR**<br>) **DEFAULT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Defendant Richard Armstrong hereby moves to dismiss the First Amended Class Action Complaint (Dkt. 3) ("Amended Complaint") and deny the Motion for Default (Dkt. 5), pursuant to Federal Rules of Civil Procedure 4(e), 12(b)(4) and 12(b)(5) on the grounds and for the reasons that Richard Armstrong has not been personally served with the Amended Complaint, as set forth in the Declaration of Cynthia Yee-Wallace in Support of Motion to Dismiss and in Opposition to Motion for Default, filed herewith.

MOTION TO DISMISS AND OPPOSITION TO MOTION FOR DEFAULT - 1

DATED: August 3, 2017

                                  STATE OF IDAHO
                                  OFFICE OF THE ATTORNEY GENERAL

                                  By/s/ *Cynthia Yee-Wallace*
                                      Cynthia Yee-Wallace
                                      Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| James Piotrowski | Marty Durand |
| james@idunionlaw.com | marty@idunionlaw.com |

                                        /s/ *Cynthia Yee-Wallace*
                                        Cynthia Yee-Wallace
                                        Deputy Attorney General